## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Luis Miguel Luna-Gomez<br>YOB: 2001; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06349MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about June 2, 2026, at or near San Miguel, in the District of Arizona, **Luis Miguel Luna-Gomez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through EL Paso, Texas on April 30, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about June 2, 2026, at or near Sasabe, in District of Arizona, **Luis Miguel Luna-Gomez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Miguel Luna-Gomez** is a citizen of Mexico. On April 30, 2024, **Luis Miguel Luna-Gomez** was lawfully denied admission, excluded, deported and removed from the United States through EL Paso, Texas. On June 2, 2026, agents found **Luis Miguel Luna-Gomez** in the United States at or near San Miguel, Arizona without the proper immigration documents. **Luis Miguel Luna-Gomez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Luis Miguel Luna-Gomez** admitted to illegally entering the United States of America from Mexico on or about June 2, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Eric R. Wood<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 3, 2026 |
|---|---|

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins